HELEN GOLDSTEIN, as Trustee in Bankruptcy of the Estate of PINCUS BURGER, Bankrupt, Respondent, v. EAST SIDE METAL SPINNING AND STAMPING CORPORATION and Others, Appellants; SAMSON BURGER and Another, Defendants.— Motion to direct that the exhibits herein be deemed part of the record on appeal to the Court of Appeals granted. The two proofs of claim were properly received

upon the argument. This being so, they became a part of the record and should be included in the record on appeal to the Court of Appeals. [See 246 App. Div. 833.] Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.